# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00184-CV

In the Matter of the Marriage of John Solari and Whitney Schwope
and In the Interest of M.S.S., a Child

On appeal from the
County Court at Law No. 2 of Brazos County, Texas
Judge Roy D. Brantley, presiding
Trial Court Cause No. 24-001857-CVD-CCL2

JUSTICE SMITH delivered the opinion of the Court.

**MEMORANDUM OPINION**

Appellant John Solari appealed from a judgment entitled "Final Decree of Divorce." By letter dated July 1, 2025, the Clerk of this Court notified the appellant that the filing fee was past due and that unless the appellant obtained indigent status pursuant to Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1, the payment of the fee was required. In the same letter, the Clerk warned the appellant that if the original filing fee was not paid on or before Tuesday, July 15, 2025, the appeal would be dismissed.

Appellant has not notified this Court that he has obtained indigent status, and the filing fee has not been paid. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: July 24, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

